**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

SIMON LEYBA,

      Plaintiff,

      vs.                        CIV. NO. 1:17-cv-00667-SMV

NANCY A. BERRYHILL,
**Acting Commissioner of
Social Security,**

      Defendant.

## ORDER ON DEFENDANT'S UNOPPOSED MOTION FOR FIRST EXTENSION OF TIME TO FILE DEFENDANT'S RESPONSE BRIEF

Upon consideration of Defendant's Unopposed Motion for First Extension of Time to File Defendant's Response Brief (Doc. 17), the Court having reviewed the motion and being otherwise fully advised, FINDS that the motion is well-taken and GRANTED.

IT IS THEREFORE ORDERED that Defendant shall have until January 29, 2018, to file a response, and Plaintiff shall have until February 29, 2018, to file a reply.

                                          BY THE COURT:

                                          _____
                                          STEPHAN M. VIDMAR
                                          United States Magistrate Judge

SUBMITTED AND APPROVED BY:
*Electronically submitted 01/23/2018*
MELISSA C. SCHUENEMANN
Special Assistant United States Attorney

*Electronically approved 01/23/2018*
BENJAMIN EILERS DECKER
Plaintiff's Attorney