IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SIMON LEYBA,

    Plaintiff,

v.                                                                              No. 17-cv-0667 SMV

NANCY A. BERRYHILL,
**Acting Commissioner of Social Security Administration,**

    **Defendant.**

## JUDGMENT

Having granted Plaintiff's Motion to Reverse or Remand [Doc. 13] by a Memorandum Opinion and Order entered concurrently herewith,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment is entered in favor of Plaintiff.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**
**Presiding by Consent**